# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Beatrice Johnson,<br><br>    Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>    Defendants. | No. CV-23-00495-PHX-GMS<br><br>**ORDER** |

Before the Court is Plaintiff and Defendant Maricopa County and Maricopa County Office of the Medical Examiner's Stipulation to Extend Deadline for Plaintiff to Respond to Defendants Maricopa County and Maricopa County Office of the Medical Examiner's Motion to Dismiss (Doc. 35).

**IT IS ORDERED** granting the parties' Stipulation (Doc. 35).

**IT IS FURTHER ORDERED** Plaintiff's response to Defendants' Motion to Dismiss (Doc. 29) is due on or before **June 20, 2023**.

Dated this 31st day of May, 2023.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge