Kathleen L. Wieneke, Bar #011139
Christina Retts, Bar #023798
Brendan F. Porter, Bar #034781
WIENEKE LAW GROUP, PLC
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
Telephone: (602) 715-1868
Fax: (602) 455-1109
Email: kwieneke@wienekelawgroup.com
Email: cretts@wienekelawgroup.com
Email: bporter@wienekelawgroup.com

*Attorneys for Defendant City of Phoenix*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Beatrice Johnson, surviving sister and statutory beneficiary of Dorothy Dale-Chambers, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix; City of Phoenix Police Department; Arizona Department of Transportation; County of Maricopa; Maricopa County Office of The Medical Examiner; Terran Campbell; Jennifer Malone; Robert Pitts; John And Jane Doe Agents And Employees 1-X; Black Corporations 1-X; And White Public Entities 1-X,<br><br>Defendants. | NO. 2:23-cv-00495-GMS<br><br>**DEFENDANT CITY OF PHOENIX'S JOINDER TO MARICOPA COUNTY AND MARICOPA COUNTY OFFICE OF THE MEDICAL EXAMINERS' MOTION TO DISMISS (DOC. 29)** |

Defendant City of Phoenix joins in Maricopa County and Maricopa County Office of The Medical Examiners' Motion to Dismiss (Doc. 29) filed on May 16, 2023.

After Defendant conferred with Plaintiff in good faith regarding deficiencies in the First Amended Complaint as contemplated by Local Rule of Civil Procedure 12.1(c), Plaintiff agreed to seek the Court's leave to file a Second Amended Complaint. Plaintiff did so on May 23, 2023. (Doc. 32). The City filed a Notice of No Objection (Doc. 34) on May 23, 2023, indicating that it did not object to granting Plaintiff's leave to amend, but reserved the right to file a subsequent Rule 12 dismissal motion should the Second Amended

Complaint not resolve deficiencies the City identified in its Notice. (Doc. 34 at 1-2). Because the City did not oppose Plaintiff's Motion to Amend subject to the above caveat, considering the Rule 15(a)(2) dictate that leave to amend should be freely granted, and the interest in conserving the City's, Plaintiff's, and the Court's resources by avoiding unnecessary motion practice, the City did not formally move to dismiss Plaintiff's First Amended Complaint.

However, out of an abundance of caution, the City now joins the County's Motion to Dismiss Plaintiff's First Amended Complaint (Doc. 29), specifically Sections III(a) (Plaintiff is not a proper party under Arizona's wrongful death statute) (*id*. at 4-5), III(e) (Plaintiff failed to plead facts showing she was discriminated against because of her membership in a suspect class) (*id.* at 7-9), III(f) (Plaintiff failed to state a violation for familial association) (*id*. at 9-10), III(g) (Plaintiff failed to state a *Monell* claim) (*id*. at 10-13), III(h) (Plaintiff failed to state a right of sepulcher claim) (*id*. at 14-15), and III(i) (Plaintiff failed to state an intentional infliction of emotional distress claim) (*id*. at. 15-16).

DATED this 21st day of June 2023.

        WIENEKE LAW GROUP, PLC

By:   */s/ Christina Retts*
     Kathleen L. Wieneke
     Christina Retts
     Brendan F. Porter
     1225 West Washington Street, Suite 313
     Tempe, AZ 85288
     *Attorneys for Defendant City of Phoenix*

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Timothy G. Tonkin
Nasser Abujbarah
Timothy LeDuc
PHILLIPS LAW GROUP, P.C.
3101 N. Central Avenue, Suite 1500
Phoenix, Arizona 85012
*Attorneys for Plaintiff*

Pamela A. Hostallero
Anna G. Critz
MARICOPA COUNTY ATTORNEY
CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
*Attorneys for Defendants' Maricopa County
And Maricopa County Office of the Medical
Examiner*

By: */s/ Mica Mahler*