# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Beatrice Johnson,<br><br>   Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>   Defendants. | No. CV-23-00495-PHX-GMS<br><br>**ORDER** |

Before the Court is the parties' Stipulation for Extension of Time to Reply in Support of the County Defendants' Motion to Dismiss (Doc. 39).

**IT IS ORDERED** granting the parties' Stipulation (Doc. 39).

**IT IS FURTHER ORDERED** the County Defendants' Reply in Support of their Motion to Dismiss (Doc. 29) is due on or before **July 11, 2023**.

Dated this 28th day of June, 2023.

_____
G. Murray Snow
Chief United States District Judge