# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Beatrice Johnson, | No. CV-23-00495-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

Before the Court is the parties' Stipulation to Extend Reply Deadline in Support of the County Defendant's Motion to Dismiss (Doc. 54).

**IT IS ORDERED** granting the parties' Stipulation to Extend Reply Deadline in Support of the County Defendant's Motion to Dismiss (Doc. 54).

**IT IS FURTHER ORDERED** the County Defendant shall have to and including **May 3, 2024**, within which to file its Reply in support of its Motion to Dismiss (Doc. 49).

Dated this 18th day of April, 2024.

G. Murray Snow
Chief United States District Judge