IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Beatrice Johnson,<br><br>　　　　Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>　　　　Defendants. | No. CV-23-00495-PHX-GMS<br><br>**ORDER** |

　　Upon consideration by the Court,

　　**IT IS HEREBY ORDERED** vacating the Court's September 10, 2024 Order (Doc. 62) setting oral argument on Defendant Maricopa County's Motion to Dismiss Plaintiff's Third Amended Complaint (Doc. 49) and Defendant City of Phoenix's Motion to Dismiss Plaintiff's Third Amended Complaint (Doc. 50) currently set for October 1, 2024. An Order will issue in due course.

　　Dated this 23rd day of September, 2024.

_____
G. Murray Snow
Chief United States District Judge