UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 2 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BEATRICE JOHNSON, surviving sister and statutory beneficiary of estate of Dorothy Dale-Chambers,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>CITY OF PHOENIX; et al.,<br><br>        Defendants - Appellees. | No. 24-6915<br><br>D.C. No. 2:23-cv-00495-GMS<br>District of Arizona, Phoenix<br><br>ORDER |

The motion to reinstate this appeal (Docket Entry No. 8) is granted.

The order of dismissal for failure to prosecute (Docket Entry No. 7) is vacated and the appeal is reinstated.

The clerk will file the opening brief at Docket Entry No. 12.

The answering brief is due May 1, 2025. The optional reply brief is due within 21 days after service of the answering brief.

                                    FOR THE COURT:

                                    MOLLY C. DWYER<br>
                                    CLERK OF COURT